

**Entered on Docket
September 17, 2010**


_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

___

```
 1 │ SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
   │ STATE BAR NUMBER 5736                      9-16-10
 2 │ 232 Court Street
   │ Reno, Nevada 89501
 3 │ (775) 786-1615
   │
 4 │ Attorney for Debtor
 5 │
   │              UNITED STATES BANKRUPTCY COURT
 6 │
   │              FOR THE DISTRICT OF NEVADA
 7 │
   │                         * * *
 8 │
   │ IN RE:                          Case No.  BK-N-10-52202-GWZ
 9 │     CHRISTOPHER S. JOHNSON            (Chapter 13)
   │                                 ORDER APPROVING MOTION
10 │                                 VALUING COLLATERAL
   │                                 (IN SUPPORT OF CONFIRMATION OF
11 │                                 DEBTOR'S CHAPTER 13 PLAN)
   │                                 Hearing Date: 9-10-10
12 │                                 Hearing Time: 2:00 p.m.
   │                   Debtor.       Time   Required:   5   Minutes
13 │ _____/
```

14   The Debtors, by and through their attorney, SEAN P. PATTERSON,

15 Esq. having filed an Motion for Order Valuing Collateral on August

16 5, 2010. The debtor sought to a court order valuing his residence

17 located at 8455 Wise Avenue in Reno, Nevada. There having been no

18 opposition filed herein in response to this motion. After proper

19 notice and a hearing, the following **HEREBY ORDERED:**

20

21

22

23

1.   That this court enter an order valuing the Debtor's Real property at $85,000.

2.   That any proof of claim filed by U.S Bank for the second deed of trust be treated as an allowed general unsecured claim.

RESPECTFULLY SUBMITTED this __16th__ day of September, 2010.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.